**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**RACHELLE BEAUBRUN, KAYLA BUCHANAN, AMANDA DIMURO, KRISTEN GODUTO, KARA GUGGINO, SARA HOEHN, APRIL JOHNSON, MAGGIE LEON, REBECCA MORA, TERRY NAGY-PHILIPS, LAUREN REYNOLDS, ANN URSINY, CRISTIAN VILLALTA-GARCIA and KAREN WATSON,**

      Plaintiffs,

v.                                    Case No: 5:19-cv-615-Oc-32PRL

**UNITED STATES OF AMERICA,**

      Defendant.

## ORDER

Plaintiffs, through counsel, Bryan E. Busch, Esquire and Christopher Y. Mills, Esquire, initiated this case by filing a Complaint. (Doc. 1). Mr. Busch represented in the Complaint that he was appearing in this case pro hac vice, but he has failed to comply with this Court's Local Rules. See Local Rule 2.02. Accordingly, if Mr. Busch intends on representing Plaintiffs, with the exception of Plaintiff Lauren Reynolds (see Doc. 7), he must comply with Local Rule 2.02 within **14 days** of the date of this Order.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 8th day of January, 2020.

PHILIP R. LAMMENS
United States Magistrate Judge

c:
Counsel of Record
Bryan E. Busch, Esquire