## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**RACHELLE BEAUBRUN, KAYLA BUCHANAN, AMANDA DIMURO, KRISTEN GODUTO, KARA GUGGINO, SARA HOEHN, APRIL JOHNSON, MAGGIE LEON, REBECCA MORA, TERRY NAGY-PHILIPS, LAUREN REYNOLDS, ANN URSINY, CRISTIAN VILLALTA-GARCIA and KAREN WATSON,**

      **Plaintiffs,**

**v.**                                                           **Case No: 5:19-cv-615-Oc-32PRL**

**UNITED STATES OF AMERICA,**

      **Defendant.**

## ORDER

Plaintiffs, through counsel, initiated this case by filing a Complaint. (Doc. 1). Pending before the Court are two motions regarding counsel of record for Plaintiffs: (1) a Motion for Bryan E. Busch, Esquire to Appear Pro Hac Vice on behalf of Plaintiffs (Doc. 9); and (2) Plaintiff Lauren Reynolds' Motion for Substitution of Attorney/Legal Counsel (Doc.7). Upon due consideration, both Motions (Docs. 7, 9) are **GRANTED**.

Mr. Busch is authorized to appear pro hac vice on behalf of all Plaintiffs in this case with Christopher Y. Mills, Esquire as local counsel. If counsel has not already done so, within **fourteen (14) days** of the date of this Order, counsel shall fully comply with Local Rule 2.02(a), including registering for and using the Court's electronic filing system and paying the special admission fee. Mr. Busch is reminded that he is deemed to be familiar with and shall be governed by the Court's Local Rules. Local

counsel, Mr. Mills, fully assumes all responsibilities set forth in Local Rule 2.02, including responsibility for trial in default of the non-resident attorney.

James Angelo DeMiles, Esq. is **SUBSTITUTED** for Mr. Busch and Mr. Mills as counsel of record for Plaintiff Reynolds.[1] The Clerk is directed to remove Bryan E. Busch, Esquire and Christopher Y. Mills, Esquire from CM/ECF notifications for Plaintiff Reynolds only.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 17th day of January, 2020.

PHILIP R. LAMMENS
United States Magistrate Judge

---

[1] The Motion requests that Mr. DeMiles be substituted as counsel of record for Plaintiff Reynolds. Doc. 7. Attached to the Motion is a Consent to Substitution, which indicates that Mr. DeMiles and Max Soren, Esquire will be representing Plaintiff Reynolds. Doc. 7-1. If Mr. Soren intends on appearing in this Court on Plaintiff Reynolds' behalf, he must file a notice of appearance.