UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RACHELLE BEAUBRUN, *et al.*,

    Plaintiffs,

v.                                             Case No. 5:19-cv-00615-Oc-32PRL

UNITED STATES OF AMERICA,

    Defendant.
_____/

## JOINT MOTION TO SET SCHEDULING CONFERENCE WITH MAGISTRATE JUDGE AND TO REQUEST SETTLEMENT CONFERENCE AS DISCUSSED AT HEARING

Plaintiffs and Defendant, through undersigned counsel, file this joint motion, respectfully requesting the Court set a scheduling conference with the assigned magistrate judge in this action as well as a settlement conference as previously discussed at the June 4, 2020 hearing on the United States' partial motion to dismiss.

Although the parties previously filed the required case management report, Doc. 26, at the June 4, 2020 hearing, the Court indicated that it intended to set a scheduling conference before the assigned magistrate judge before a scheduling order was entered. The United States filed its answer on July 27, 2020. Doc. 48. Thus, the parties respectfully request the court set the scheduling conference at this time. Additionally, the parties will discuss whether they believe any proposed amendments to the case management report are necessary due to any changed circumstances, and will submit such proposed amendments prior to the scheduling conference.

At the hearing on June 4, 2020, the Court also indicated that it intended to set a settlement conference with U.S. District Judge Howard sometime before the parties engaged in significant discovery in the case. The parties also respectfully request that the process for setting such a settlement conference proceed at this time.

Dated:  August 12, 2020	Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:	/s/ Adam R. Smart
ADAM R. SMART
Assistant United States Attorney
USA No. 195
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7588
Email:  adam.smart@usdoj.gov

/s/ Julie R. Posteraro
JULIE R. POSTERARO
Assistant United States Attorney
USA No.  157
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7588
Email:  Julie.Posteraro@usdoj.gov

*Counsel for the United States of America*

**SOREN LAW GROUP, P.A.**

By: /s/ Max G. Soren     (with permission)
Max G. Soren, Esq.
Florida Bar No. 623431
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 431-1333
inbox@sorenlawgroup.com

**DEMILES LAW, P.A.**

By: */s/ James A. DeMiles     (with permission)*
James A. DeMiles, Esq.
Florida Bar No. 15974
DeMiles Law, P.A
3440 Hollywood Blvd.
Suite 415
Hollywood , Florida 33021
Telephone: (954) 241-4246
James@DeMilesLaw.com

*Counsel for Plaintiffs Amanda Dimuro, Rebecca Mora, and Lauren Reynolds*

**REIZENSTEIN AND ASSOCIATES, P.A.**

By: */s/ Philip L. Reizenstein     (with permission)*
Philip L. Reizenstein, Esq.
Florida Bar No. 634026
2828 Coral Way
Suite 540
Miami, Florida 33145
Telephone: (305) 444-0755
Philreizenstein@protonmail.com

**KELLIE PETERSON, ESQ., PA**

By: */s/ Kellie Peterson     (with permission)*
Kellie Peterson, Esq.
Florida Bar No.: 524581
Kellie@kelliepeterson.net
2828 Coral Way Ste 540
Miami, FL 33145-3228
Telephone: (305) 444-0755

*Counsel for Plaintiff Maggie Leon*

**BUSCH, SLIPAKOFF, MILLS & SLOMKA, LLC**

By: /s/ *Bryan E. Bush*     (with permission)
Bryan E. Busch, Esq.
Georgia Bar No. 006055
2859 Paces Ferry Road SE Suite 1700
Atlanta, Georgia 30339
Telephone: (404) 800-4062
bb@bsms.law

By: /s/ *Christopher Y. Mills*     (with permission)
Christopher Y. Mills, Esq
Florida Bar No. 72207
319 Clematis Street, Ste 109
West Palm Beach, FL 33401
Telephone: (561) 408-0019
cm@bsms.law

*Counsel for Plaintiffs Rachelle Beaubrun, Kristen Goduto, Kara Guggino, Sara Hoehn, April Johnson, Terry Nagy-Philips, Ann Ursiny, Karen Watson, Carleane Berman, Miranda Flowers, Judi Aloe*