# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

RACHELLE BEAUBRUN, et al.　　　　　　　CASE NO. 5:19-cv-615-Oc-32PRL
v.
UNITED STATES OF AMERICA

Counsel for Plaintiffs:
Bryan Busch
Chris Mills
James DeMiles
Max Soren
Philip Reizenstein
Kellie Peterson

Counsel for Defendant:
Adam Smart
Julie Posteraro

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles　　　　Court Reporter: Cindy Packevicz Jarriel

## **CLERK'S MINUTES**

PROCEEDINGS OF:　SETTLEMENT CONFERENCE VIA ZOOM

All Plaintiffs in attendance.

Settlement conference conducted.

Supplemental confidential memoranda due by **1:00 p.m. on November 20, 2020**.

The second session of the settlement conference is set for **November 24, 2020**.

Date: November 10, 2020　　　Time: 10:00 a.m. – 5:25 p.m.　　　Total: 7 Hours, 25 Minutes