# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

RACHELLE BEAUBRUN, et al.          CASE NO. 5:19-cv-615-TJC-PRL
v.
UNITED STATES OF AMERICA

<u>Counsel for Plaintiffs:</u>
Bryan Busch
Philip Reizenstein
Kellie Peterson

<u>Counsel for Defendant:</u>
Adam Smart
Julie Posteraro

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles     Court Reporter: Cindy Packevicz Jarriel

## CLERK'S MINUTES

PROCEEDINGS OF:   SETTLEMENT CONFERENCE VIA ZOOM

Settlement conference conducted.

Subject to approval by an Assistant Attorney General of the United States, a settlement was reached with respect to some of the Plaintiffs.

Court will reconvene on **Thursday, February 11, 2021, at 2:00 p.m.** to confirm the settlement with respect to Ms. Leon.

Date: February 8, 2021     Time: 1:38 p.m. – 6:55 p.m.     Total: 5 Hours, 17 Minutes