# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

RACHELLE BEAUBRUN, et al.　　　CASE NO. 5:19-cv-615-TJC-PRL

v.

UNITED STATES OF AMERICA

<u>Counsel for Plaintiffs:</u>
Bryan Busch
Philip Reizenstein
Kellie Peterson

<u>Counsel for Defendant:</u>
Adam Smart
Julie Posteraro

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles　　Court Reporter: Cindy Packevicz Jarriel

## <u>CLERK'S MINUTES</u>

PROCEEDINGS OF:　SETTLEMENT CONFERENCE VIA ZOOM

Settlement conference conducted.

Court will reconvene on **Tuesday, February 16, 2021, at 1:00 p.m.**

Date: February 11, 2021　　Time: 2:10 p.m. – 3:55 p.m.　　Total: 1 Hour, 45 Minutes