# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

RACHELLE BEAUBRUN, et al.   CASE NO. 5:19-cv-615-TJC-PRL

v.

UNITED STATES OF AMERICA

<u>Counsel for Plaintiffs:</u>
Bryan Busch
Philip Reizenstein
Kellie Peterson

<u>Counsel for Defendant:</u>
Adam Smart
Julie Posteraro

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles    Court Reporter: Cindy Packevicz Jarriel

## CLERK'S MINUTES

PROCEEDINGS OF:   SETTLEMENT CONFERENCE VIA ZOOM

Settlement conference conducted.

Subject to approval by the appropriate designee of the Attorney General of the United States, a settlement was reached with respect to all remaining Plaintiffs.

The Court recommends that this case be stayed and administratively closed pending action by the designee of the Attorney General of the United States. Counsel for the United States shall file a notice advising the Court if the settlements have been approved.

Date: February 16, 2021    Time: 1:00 p.m. – 2:10 p.m.    Total: 1 Hour, 10 Minutes