UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RACHELLE BEAUBRUN, et al.,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　Case No. 5:19-cv-615-TJC-PRL

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

The Court was advised that this case has settled subject to approval by the appropriate designee of the Attorney General of the United States. See Minute Entry (Doc. 73). Accordingly, it is

**ORDERED:**

1. Counsel for Defendant shall file a notice advising the Court when the settlements have been approved.

2. Pending the filing of Defendant's notice, this case is **STAYED** and **ADMINISTRATIVELY CLOSED**. All case management deadlines are vacated, and all hearing and trial dates are canceled.

3.  The Court appreciates Judge Howard's extensive efforts, along with that of the parties and counsel, to resolve this case.

**DONE AND ORDERED** in Jacksonville, Florida, this 22nd day of February, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

JAX-3 2/17
c:
Honorable Marcia Morales Howard
United States District Judge

Counsel of Record