UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RACHELLE BEAUBRUN, *et al.*,

    Plaintiffs,

v.                                    Case No. 5:19-cv-00615-TJC-PRL

UNITED STATES OF AMERICA,

    Defendant.
_____/

## NOTICE OF APPROVAL OF SETTLEMENTS

The United States of America, by and through the undersigned Assistant United States Attorneys, pursuant to the Court's February 22, 2021 Order (Doc. 74), notifies the Court that the settlements in this case with each of the Plaintiffs have been approved by the Acting Assistant Attorney General, the appropriate designee of the Attorney General of the United States in this matter.

Dated May 3, 2021.                        Respectfully submitted,

                                            KARIN HOPPMANN
                                            Acting United States Attorney

                             By:    */s/ Adam R. Smart*
                                       ADAM R. SMART
                                       Assistant United States Attorney
                                       USA No. 195
                                       400 W. Washington St., Ste. 3100
                                       Orlando, Florida 32801
                                       Telephone: (407) 648-7500
                                       Facsimile: (407) 648-7588
                                       Email: adam.smart@usdoj.gov

2

By: */s/ Julie R. Posteraro*
JULIE R. POSTERARO
Assistant United States Attorney
USA No.  157
400 W. Washington Street, Ste. 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7588
Email:  Julie.Posteraro@usdoj.gov