# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

RACHELLE BEAUBRUN, et al.,

    Plaintiffs,

v.                                                  Case No. 5:19-cv-615-TJC-PRL

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

On May 3, 2021, the United States filed a Notice (Doc. 75) advising that the appropriate designee of the Attorney General of the United States approved the settlements in this case. Thus, the parties shall have until **August 3, 2021**, to file a joint motion for dismissal or other appropriate documents to close out the file or a request for an extension.

**DONE AND ORDERED** in Jacksonville, Florida, this 4th day of May, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

JAX-3 5/4
c:
Counsel of Record