# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| RACHELLE BEAUBRUN, <br> KAYLA BUCHANAN, <br> AMANDA DIMURO, <br> KRISTEN GODUTO, <br> KARA GUGGINO, <br> SARA HOEHN, <br> APRIL JOHNSON, <br> MAGGIE LEON, <br> REBECCA MORA, <br> TERRY NAGY-PHILIPS, <br> LAUREN REYNOLDS, <br> ANN URSINY, <br> CRISTIAN VILLALTA-GARCIA, <br> KAREN WATSON, <br><br>    Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br>    Defendant. | Civil Action File <br><br> No. 5:19-cv-00615-TJC-PRL |

## NOTICE OF CHARGING LIEN

Christopher Y. Mills and Bryan E. Busch of the law firm of Busch, Mills & Slomka, LLP, and gives notice that they claim a charging lien in this case on any proceeds, including attorneys' fees, recovered by or on behalf of the Plaintiff, Ms. Maggie Leon ("Ms. Leon"), by virtue of a main claim, counterclaim, cross-claim, third party complaint or on a motion for attorneys' fees, and as grounds therefor, states as follows:

1.  The undersigned formerly represented Ms. Leon, in connection with this proceeding. Pursuant to both an oral and written contract with the Ms. Leon she agreed to pay the undersigned and the undersigned's law firm attorneys' fees, costs, expenses and interest on past

due amounts.

2.  As of the date of this Notice of Charging Lien, Ms. Leon has failed to fulfill her obligation to pay the undersigned and currently owes the undersigned and the undersigned's law firm monies consisting of attorneys' fees, costs, expenses and interest on past due amounts.

3.  The undersigned is entitled to a lien against any proceeds of any kind whatsoever recovered by Ms. Leon in these proceedings. See, e.g., Litman v. Fine, Jacobson, Scwartz, Nash, Block and England, P.A., 517 So.2d 88 (Fla. 3d DCA 1987).

4.  The undersigned has been discharged by the client and is therefore entitled to the quantum meruit value of all services provided to or on behalf of Ms. Leon. The reasonable value of said services should be calculated at a minimum rate of $500.00 per hour.

WHEREFORE, for the reasons set forth above, Christopher Y. Mills and Bryan E. Busch of the law firm of Busch, Mills & Slomka, LLP claims a charging lien on any and all monies which may be awarded to Ms. Leon in this case by virtue of any means whatsoever, including an award on a main claim, counterclaim, cross-claim, third party complaint or motion for attorneys' fees and further prays that this Court not enter any judgment in favor of Ms. Leon on any claim whatsoever until and unless this Notice of Charging Lien is determined and a judgment in favor of the undersigned awarded to satisfy said charging lien. In the alternative, the undersigned moves this Court for an order imposing a charging lien and prohibiting distribution to Ms. Leon until the undersigned is paid in full.

This 26th day of May, 2021

**BUSCH, MILLS & SLOMKA, LLP**
By: */s/Bryan E. Busch*
BRYAN E. BUSCH (*Pro Hac Vice*)
Georgia Bar No. 006055
bb@buschmills.com
6400 Powers Ferry Road, NW, Suite 391
Atlanta, Georgia 30339

By: */s/ Christopher Y. Mills*
CHRISTOPHER Y. MILLS
Florida Bar No. 72207
cm@buschmills.com
319 Clematis Street, Suite 109
West Palm Beach, Florida 33401

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court by filing same with the CM/ECF filing system, which will automatically send email notification of such filing to counsel of record.

This 26th day of May, 2021.

*/s/ Bryan E. Busch*
BRYAN E. BUSCH (*Pro Hac Vice*)