UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| RACHELLE BEAUBRUN,<br>KRISTEN GODUTO,<br>KARA GUGGINO,<br>SARA HOEHN,<br>APRIL JOHNSON,<br>TERRY NAGY-PHILIPS,<br>ANN URSINY,<br>KAREN WATSON,<br>CARLEANE BERMAN,<br>MIRANDA FLOWERS,<br>JUDI ALOE,<br>MAGGIE LEON,<br>LAUREN REYNOLDS,<br>AMANDA DIMURO, and<br>REBECCA MORA | Civil Action File<br><br>Case No. 5:19-cv-00615-TJC-PRL |

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.
_____

### MOTION TO FOR LEAVE TO DISBURSE SETTLEMENT FUNDS

Plaintiffs Lauren Reynolds, Amanda DiMuro, and Rebecca Mora ("Plaintiffs") hereby move for the entry of an Order granting Plaintiffs' attorney, DeMiles Law, to disburse settlement funds held in its trust account to Plaintiffs, and, as grounds, states:

1. Plaintiffs are 3 out of 14 initial plaintiffs in this action, all of which were or are currently federal inmates who were abused by prison guards. Plaintiffs' causes of action against the United States of America ("Defendant") were based upon these abuses and Defendant's negligence.

2. Plaintiffs were initially represented by Christopher Mills and Bryan Busch ("Mills/Busch") along with a number of other similarly situated plaintiff/inmates. Shortly after their complaint was filed, Plaintiffs fired Mills/Busch for cause and hired the undersigned to represent them on a contingency basis for 25% of Plaintiffs' respective recoveries.

3. After a number of settlement conferences presided over by the Honorable Judge Marcia Howard, Plaintiffs resolved their respective cases with Defendant. The settlement documents have been fully executed and the settlement amounts for all Plaintiffs have been deposited into DeMiles Law's trust account.

4. After Plaintiffs resolved their cases with Defendant, Plaintiffs' former attorneys, Mills/Busch, filed liens against the settlement proceeds for their purported attorneys' fees.

5. The undersigned are contesting those liens and have filed a motion for the Court to hold a conference to schedule an evidentiary hearing on the matter. That being said, no matter what ruling is eventually made by this Court regarding

Mills/Busch's liens, **the most in fees that could ever possibly be awarded is 25%** of the Plaintiffs' respective recoveries plus costs.  28 U.S. Code § 2678.

6. Mills/Busch have sent communications to the undersigned to the effect that all settlement funds must be held in DeMiles Law's trust account pending the disposition of their liens.  The undersigned has requested that Mills/Busch agree to DeMiles Law at least distributing to the clients their respective shares of their settlement funds and only hold in trust the 25% of the settlement funds at issue plus a modest amount to cover any fees in the matter.

7. Mills/Busch have refused to do so even though the only funds available to pay any of the attorneys involved in this matter are the 25% amounts described thus far.

8. There is no reason to hold up the clients' recoveries in this matter until the attorneys and the Court have resolved the lien dispute.  If a modest amount of money is held in trust for costs along with the allotted 25% there is no way Busch/Mills could possibly be prejudiced.

9. The Court can determine, as a matter of law, that the most that could be recovered in fees in this matter is 25% of the Plaintiffs' respective recoveries pursuant to 28 U.S. Code § 2678.  The Court can then direct 25% of the Plaintiffs' respective recoveries be held in trust along with an additional $2,000 from each

Plaintiff's recovery to pay for any possible costs associated with this matter.[1] Doing so would permit Plaintiffs to finally move on with their lives and would not prejudice Mills/Busch.

**WHEREFORE,** Plaintiffs respectfully request the entry of an Order directing that 25% of the Plaintiffs' respective recoveries be held in trust along with an additional $2,000 from each Plaintiff's recovery to pay for any possible costs associated with this matter until Mills/Busch's liens are adjudicated and granting DeMiles Law permission to distribute the remainder of the funds to Plaintiffs.

Respectfully submitted,

**SOREN LAW GROUP, P.A.**

By: */s/ Max G. Soren*
Max G. Soren, Esq.
Florida Bar No.: 623431
eservice@sorenlawgroup.com
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 431-1333

**DEMILES LAW**

By: */s/ James A. DeMiles*
James A. DeMiles, Esq.
Florida Bar No. 15974

---

[1] The only hard costs Plaintiffs are aware of are the court filing fees and a transcription fee for the hearing on Defendant's motion to dismiss. No depositions have been taken.

James@DeMilesLaw.com
3440 Hollywood Blvd., Suite 415
Hollywood, Florida 33021-6933
(954) 241-4246 (Telephone)

Counsel for Plaintiffs *Amanda DiMuro, Rebecca Mora, and Lauren Reynolds*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 10, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF electronic filing system, which will automatically send notice of the filing to the following CM/ECF participants:

Maria Chapa Lopez
United States Attorney

Adam R. Smart
Assistant United States Attorney
USA No. 195
Julie R. Posteraro
Assistant United States Attorney
USA No. 157
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
adam.smart@usdoj.gov
Julie.Posteraro@usdoj.gov

*Counsel for Defendant*

Bryan E. Busch, Esq.
Georgia Bar No. 006055

Busch, Slipakoff, Mills & Slomka, LLC
2859 Paces Ferry Road SE, Suite 1700
Atlanta, Georgia 30339
Telephone: (404) 800-4062
E-mail: bb@bsms.law

Christopher Y. Mills, Esq.
Florida Bar No. 72207
Busch, Slipakoff, Mills & Slomka, LLC
319 Clematis Street, Suite 109
West Palm Beach, Florida 33401
Telephone: (561) 408-0019
E-Mail: cm@bsms.law

*Counsel for Plaintiffs Rachelle Beaubrun, Kayla Buchanan, Kristen Goduto, Kara Guggino, Sara Hoehn, April Johnson, Terry Nagy-Philips, Ann Ursiny, Cristian Villata-Garcia, and Karen Watson.*

Philip L. Reizenstein, Esq.
Florida Bar No. 634026
Reizenstein and Associates, P.A.
2828 Coral Way, Suite 540
Miami, Florida 33145
Telephone: (305) 444-0755
Email: Philreizenstein@protonmail.com

Kellie Peterson, Esq.
Florida Bar No.: 524581
Kellie Peterson, Esq., P.A.
2828 Coral Way, Ste 540
Miami, Florida 33145-3228
Telephone: (305) 444-0755
Email: Kellie@kelliepeterson.net

*Counsel for Plaintiff Maggie Leon*

        */s/ Max G. Soren*
        Max G. Soren, Esq.