UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| RACHELLE BEAUBRUN, <br> KRISTEN GODUTO, <br> KARA GUGGINO, <br> SARA HOEHN, <br> APRIL JOHNSON, <br> TERRY NAGY-PHILIPS, <br> ANN URSINY, <br> KAREN WATSON, <br> CARLEANE BERMAN, <br> MIRANDA FLOWERS, <br> JUDI ALOE, <br> MAGGIE LEON, <br> LAUREN REYNOLDS, <br> AMANDA DIMURO, and <br> REBECCA MORA | Civil Action File <br><br> Case No. 5:19-cv-00615-TJC-PRL |

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.
_____

**PLAINTIFF'S NOTICE OF FILING PROPOSED AGREED ORDER ON
PLAINTIFFS' MOTION FOR LEAVE TO DISBURSE SETTLEMENT FUNDS**

Plaintiffs, Lauren Reynolds, Amanda DiMuro, and Rebecca Mora ("Plaintiffs"), by and through their undersigned counsel, hereby file this proposed Agreed Order on Plaintiffs' Motion for Leave to Disburse Settlement Funds in support of Plaintiffs' Motion for Leave to Disburse Settlement Funds.

1

Respectfully submitted,

**SOREN LAW GROUP, P.A.**

By: */s/ Max G. Soren*
    Max G. Soren, Esq.
    Florida Bar No.: 623431
    eservice@sorenlawgroup.com
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 431-1333

**DEMILES LAW**

By: */s/ James A. DeMiles*
    James A. DeMiles, Esq.
    Florida Bar No. 15974
    James@DeMilesLaw.com
    3440 Hollywood Blvd., Suite 415
    Hollywood, Florida 33021-6933
    (954) 241-4246 (Telephone)

    Counsel for Plaintiffs *Amanda DiMuro, Rebecca Mora, and Lauren Reynolds*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 15, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF electronic filing system, which will automatically send notice of the filing to the following CM/ECF participants:

Maria Chapa Lopez
United States Attorney

Adam R. Smart
Assistant United States Attorney
USA No. 195
Julie R. Posteraro
Assistant United States Attorney
USA No. 157
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
adam.smart@usdoj.gov
Julie.Posteraro@usdoj.gov

*Counsel for Defendant*

Bryan E. Busch, Esq.
Georgia Bar No. 006055
Busch, Slipakoff, Mills & Slomka, LLC
2859 Paces Ferry Road SE, Suite 1700
Atlanta, Georgia 30339
Telephone: (404) 800-4062
E-mail: bb@bsms.law

Christopher Y. Mills, Esq.
Florida Bar No. 72207
Busch, Slipakoff, Mills & Slomka, LLC
319 Clematis Street, Suite 109
West Palm Beach, Florida 33401
Telephone: (561) 408-0019
E-Mail: cm@bsms.law

*Counsel for Plaintiffs Rachelle Beaubrun, Kayla Buchanan, Kristen Goduto, Kara Guggino, Sara Hoehn, April Johnson, Terry Nagy-Philips, Ann Ursiny, Cristian Villata-Garcia, and Karen Watson.*

Philip L. Reizenstein, Esq.
Florida Bar No. 634026
Reizenstein and Associates, P.A.
2828 Coral Way, Suite 540
Miami, Florida 33145
Telephone: (305) 444-0755

Email: Philreizenstein@protonmail.com

Kellie Peterson, Esq.
Florida Bar No.: 524581
Kellie Peterson, Esq., P.A.
2828 Coral Way, Ste 540
Miami, Florida 33145-3228
Telephone: (305) 444-0755
Email: Kellie@kelliepeterson.net

*Counsel for Plaintiff Maggie Leon*

>                */s/ Max G. Soren*
>              Max G. Soren, Esq.