# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

RACHELLE BEAUBRUN, KAYLA
BUCHANAN, AMANDA DIMURO,
KRISTEN GODUTO, KARA GUGGINO,
SARA HOEHN, APRIL JOHNSON,
MAGGIE LEON, REBECCA MORA,
TERRY NAGY-PHILIPS, LAUREN
REYNOLDS, ANN URSINY, CRISTIAN
VILLALTA-GAR, and KAREN WATSON,

    Plaintiffs,

v.  Case No. 5:19-cv-615-TJC-PRL

UNITED STATES OF AMERICA,

    Defendant.

**HONORABLE TIMOTHY J. CORRIGAN, United States District Judge**

Law Clerk: Marielena Diaz      Court Reporter: Shannon Bishop

<u>Counsel for plaintiffs</u>:
Bryan Busch
Max G. Soren
Philip Reizenstein
Kellie Peterson
James DeMiles

<u>Counsel for defendant</u>:
Adam R. Smart
Julie Posteraro

## CLERK'S MINUTES

<u>PROCEEDINGS</u>: TELEPHONE hearing regarding Motion for Leave to Disburse Settlement Funds (Doc. 83) and Amended Motion for Scheduling Conference Regarding Former Attorneys' Fees Liens (Doc. 84).

- Revised, agreed proposed orders due by July 1, 2021.
- Order to Enter.

DATE: <u>June 17, 2020</u>      TIME: <u>3:00 p.m. – 3:39 p.m.</u>