## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

RACHELLE BEAUBRUN, et al.,

     Plaintiffs,

v.                                            Case No. 5:19-cv-615-TJC-PRL

UNITED STATES OF AMERICA,

     Defendant.

_____

### <u>ORDER</u>

During the telephonic hearing held on June 17, 2021, the Court ordered the parties to file revised, agreed proposed orders with supporting documentation by July 1, 2021. <u>See</u> Clerk's Minutes (Doc. 89). Plaintiffs DiMuro's and Mora's loan agreements and documentation showing their counsel's involvement in those loans may be filed under seal by sending the documentation and a copy of this Order to the Clerk's Office.[1]

**DONE AND ORDERED** in Jacksonville, Florida, this 24th day of June, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

_____

[1] Given the confidential nature of this documentation, the Court finds sealing is warranted.

JAX-3 6/23
c:
Counsel of Record