UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RACHELLE BEAUBRUN,　　　　　　　　　Civil Action File
KRISTEN GODUTO,
KARA GUGGINO,　　　　　　　　　　　　Case No. 5:19-cv-00615-TJC-PRL
SARA HOEHN,
APRIL JOHNSON,
TERRY NAGY-PHILIPS,
ANN URSINY,
KAREN WATSON,
CARLEANE BERMAN,
MIRANDA FLOWERS,
JUDI ALOE,
MAGGIE LEON,
LAUREN REYNOLDS,
AMANDA DIMURO, and
REBECCA MORA

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.
_____/

## PLAINTIFFS' NOTICE OF FILING PROPOSED AGREED ORDERS

Plaintiffs LAUREN REYNOLDS, AMANDA DIMURO and REBECCA MORA by and through their undersigned counsel give Notice of Filing the **Agreed Order Authorizing Disbursement of Settlement Funds to Plaintiff, Rebecca Mora and Agreed Order Authorizing Disbursement of Settlement Funds to Plaintiff, Amanda DiMuro.** The contents of this filing must be considered in connection with a matter pending before the Court – Plaintiffs' Motion for Leave to Disburse Settlement Funds [D.E. #83].

Respectfully submitted,

**SOREN LAW GROUP, P.A.**
By: */s/ Max G. Soren*
    Max G. Soren, Esq.
    Florida Bar No.: 623431
    eservice@sorenlawgroup.com
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 431-1333

**DEMILES LAW**
By: */s/ James A. DeMiles*
    James A. DeMiles, Esq.
    Florida Bar No. 15974
    James@DeMilesLaw.com
    3440 Hollywood Blvd., Suite 415
    Hollywood, Florida 33021-6933
    (954) 241-4246 (Telephone)

Counsel for Plaintiffs *Amanda DiMuro, Rebecca Mora, and Lauren Reynolds*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 28, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF electronic filing system, which will automatically send notice of the filing to the following CM/ECF participants:

Maria Chapa Lopez
United States Attorney

Adam R. Smart
Assistant United States Attorney
USA No. 195

Julie R. Posteraro
Assistant United States Attorney
USA No. 157
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
adam.smart@usdoj.gov
Julie.Posteraro@usdoj.gov

*Counsel for Defendant*
Bryan E. Busch, Esq.
Georgia Bar No. 006055
Busch, Slipakoff, Mills & Slomka, LLC
2859 Paces Ferry Road SE, Suite 1700
Atlanta, Georgia 30339
Telephone: (404) 800-4062
E-mail: bb@bsms.law

Christopher Y. Mills, Esq.
Florida Bar No. 72207
Busch, Slipakoff, Mills & Slomka, LLC
319 Clematis Street, Suite 109
West Palm Beach, Florida 33401
Telephone: (561) 408-0019
E-Mail: cm@bsms.law

*Counsel for Plaintiffs Rachelle Beaubrun, Kayla Buchanan, Kristen Goduto, Kara Guggino, Sara Hoehn, April Johnson, Terry Nagy-Philips, Ann Ursiny, Cristian Villata-Garcia, and Karen Watson.*

Philip L. Reizenstein, Esq.
Florida Bar No. 634026
Reizenstein and Associates, P.A.
2828 Coral Way, Suite 540
Miami, Florida 33145
Telephone: (305) 444-0755
Email: Philreizenstein@protonmail.com

Kellie Peterson, Esq.
Florida Bar No.: 524581
Kellie Peterson, Esq., P.A.
2828 Coral Way, Ste 540
Miami, Florida 33145-3228
Telephone: (305) 444-0755
Email: Kellie@kelliepeterson.net

*Counsel for Plaintiff Maggie Leon*

/s/ Max G. Soren
Max G. Soren, Esq.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RACHELLE BEAUBRUN,                          Civil Action File
KRISTEN GODUTO,
KARA GUGGINO,                               Case No. 5:19-cv-00615-TJC-PRL
SARA HOEHN,
APRIL JOHNSON,
TERRY NAGY-PHILIPS,
ANN URSINY,
KAREN WATSON,
CARLEANE BERMAN,
MIRANDA FLOWERS,
JUDI ALOE,
MAGGIE LEON,
LAUREN REYNOLDS,
AMANDA DIMURO, and
REBECCA MORA

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

_____/

**AGREED ORDER AUTHORIZING DISBURSEMENT
OF SETTLEMENT FUNDS TO PLAINTIFF AMANDA DIMURO**

This matter was brought before the Court on Plaintiffs' *Motion For Leave to Disburse*

*Settlement Funds* [D.E. #83].  The Court being advised of the agreement of the parties and being

otherwise advised in the premises, it is ORDERED and ADJUDGED:

The Court has been apprised that Plaintiff Amanda DiMuro settled her claim

against Defendant in this case for $330,000.00 and the funds have been deposited in a trust account

maintained by her attorney, DeMiles Law.  Twenty-five percent (25%) of the settlement funds

paid to Plaintiff Amanda DiMuro by Defendant ($82,500.00) shall remain held in DeMiles Law's

trust account until further Order of the Court; $19,400.76 may be disbursed to pay off the lien on

the settlement funds held by Dynamic Legal Funding, LLC pursuant to the Assignment Agreement

entered into on December 22, 2020; and the remainder of the settlement funds ($228,099.24) may

be disbursed to Amanda DiMuro.

_____

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE

CC:

Counsel of Record



06/25/2021
ATTN: Max Soren Esq
Soren Law Group, P.A.
4200 NW 7th Avenue
Miami, FL 33127

**RE:  Amanda K. DiMuro, DOA: 10/25/2016**

Dear Max Soren Esq:

Per your request, the total payoff amount due from Amanda K DiMuro is **$19,400.76**

| Lien # - Principal Amount | Date Funded | Total Due |
|---|---|---|
| Lien 1 – Principal $17,800.00 | 12/22/2020 | $19,400.76 |

These totals will fully satisfy any and all funding lien(s) up to and including the date of this letter. The amount due is not inclusive of any additional funding(s) on, or after the date of this letter. If no additional fundings are provided, please be advised that the amounts will change on the dates indicated above.
**If a check is sent after 07/25/2021, please contact our office for an updated payoff amount, as this lien continues to accrue.**

*Any payment received in amounts less than the Payment described herein or after the payment date, shall be* **insufficient** *to relieve the above named parties of their obligations. In either circumstance, the above named parties are directed to* **immediately request and updated payoff letter.**

Please send the pay-off check made payable to <u>Dynamic Legal Funding, LLC</u> to the below-referenced address.

Please contact the undersigned should you have any questions or require additional information. It was our pleasure to provide this service to your client. If we can be of any assistance to your clients in the future, please do not hesitate to call us.

Thank you,

**Dynamic Legal Funding, LLC**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RACHELLE BEAUBRUN,                         Civil Action File
KRISTEN GODUTO,
KARA GUGGINO,                              Case No. 5:19-cv-00615-TJC-PRL
SARA HOEHN,
APRIL JOHNSON,
TERRY NAGY-PHILIPS,
ANN URSINY,
KAREN WATSON,
CARLEANE BERMAN,
MIRANDA FLOWERS,
JUDI ALOE,
MAGGIE LEON,
LAUREN REYNOLDS,
AMANDA DIMURO, and
REBECCA MORA

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

_____/

### AGREED ORDER AUTHORIZING DISBURSEMENT
### OF SETTLEMENT FUNDS TO PLAINTIFF REBECCA MORA

This matter was brought before the Court on Plaintiffs' *Motion For Leave to Disburse Settlement Funds* [D.E. #83].  The Court being advised of the agreement of the parties and being otherwise advised in the premises, it is ORDERED and ADJUDGED:

The Court has been apprised that Plaintiff Rebecca Mora settled her claim

against Defendant in this case for $330,000.00 and the funds have been deposited in a trust account

maintained by her attorney, DeMiles Law.  Twenty-five percent (25%) of the settlement funds

paid to Plaintiff Rebecca Mora by Defendant ($82,500.00) shall remain held in DeMiles Law's

trust account until further Order of the Court; $43,936.56 may be disbursed to pay off the lien on the settlement proceeds held by Dynamic Legal Funding, LLC pursuant to the Assignment Agreements entered into on June 7, 2021,  December 30, 2020, and November 20, 2020; and the remainder of the settlement funds ($203,563.44) may be disbursed to Rebecca Mora.

                                        _____

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE

CC:

Counsel of Record



06/25/2021
ATTN: Max Soren Esq
Soren Law Group, P.A.
4200 NW 7th Avenue
Miami, FL 33127

**RE:  Rebeca Mora, DOA: 02/16/2016**

Dear Max Soren Esq:

Per your request, the total payoff amount due from Rebeca Mora is **$43,936.56**

| Lien # - Principal Amount | Date Funded | Total Due |
|---|---|---|
| Lien 1 – Principal $17,800.00 | 11/20/2020 | $19,677.65 |
| Lien 2 – Principal $11,400.00 | 12/30/2020 | $12,380.88 |
| Lien 3 – Principal $11,775.00 | 06/07/2021 | $11,878.03 |

These totals will fully satisfy any and all funding lien(s) up to and including the date of this letter. The amount due is not inclusive of any additional funding(s) on, or after the date of this letter. If no additional fundings are provided, please be advised that the amounts will change on the dates indicated above.
**If a check is sent after 07/25/2021, please contact our office for an updated payoff amount, as this lien continues to accrue.**

*Any payment received in amounts less than the Payment described herein or after the payment date, shall be* **insufficient** *to relieve the above named parties of their obligations. In either circumstance, the above named parties are directed to* **immediately request and updated payoff letter.**

Please send the pay-off check made payable to <u>Dynamic Legal Funding, LLC</u> to the below-referenced address.

Please contact the undersigned should you have any questions or require additional information. It was our pleasure to provide this service to your client. If we can be of any assistance to your clients in the future, please do not hesitate to call us.

Thank you,

**Dynamic Legal Funding, LLC**