UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RACHELLE BEAUBRUN, et al.,

    Plaintiffs,

v.                            Case No. 5:19-cv-615-TJC-PRL

UNITED STATES OF AMERICA,

    Defendant.

**ORDER**

Before the Court is Plaintiffs Reynolds, DiMuro, and Mora's Motion for Leave to Disburse Settlement Funds (Doc. 83). On June 24, 2021, Plaintiff Reynolds filed a proposed agreed order authorizing disbursement of the settlement funds (Doc. 91). The Court, being advised of the agreement of the parties, finds that the Motion is due to be granted as to Plaintiff Reynolds. Accordingly, it is

    **ORDERED**:

    1.    Plaintiffs Reynolds, DiMuro, and Mora's Motion for Leave to Disburse Settlement Funds (Doc. 83) is **GRANTED** as to Plaintiff Reynolds only. The Motion remains **under advisement** as to Plaintiffs DiMuro and Mora.

2. The Court has been apprised that Plaintiff Lauren Reynolds settled her claim against Defendant in this case for $600,000.00 and the funds have been deposited in a trust account maintained by her attorney, DeMiles Law. Twenty-five percent (25%) of the settlement funds paid to Plaintiff Lauren Reynolds by Defendant ($150,000.00) shall remain held in DeMiles Law's trust account until further Order of the Court. The remainder of the settlement funds ($450,000.00) may be disbursed immediately to Plaintiff Lauren Reynolds.

**DONE AND ORDERED** in Jacksonville, Florida, this 28th day of June, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

JAX-3 6/24
c:
Counsel of Record