UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RACHELLE BEAUBRUN, et al.,

    Plaintiffs,

v.                                      Case No. 5:19-cv-615-TJC-PRL

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

Before the Court is Plaintiffs DiMuro and Mora's Motion for Leave to Disburse Settlement Funds (Doc. 83). On June 28, 2021, Plaintiffs DiMuro and Mora filed proposed agreed orders authorizing disbursement of the settlement funds (Doc. 93). As directed, they also filed supporting documentation under seal (Doc. S-92). The Court, being advised of the agreement of the parties, finds that the Motion is due to be granted as to Plaintiffs DiMuro and Mora.

Accordingly, it is

**ORDERED**:

1. Plaintiffs DiMuro and Mora's Motion for Leave to Disburse Settlement Funds (Doc. 83) is **GRANTED**.

2.     The Court has been apprised that Plaintiff Amanda DiMuro settled her claim against Defendant in this case for $330,000.00 and the funds have been deposited in a trust account maintained by her attorney, DeMiles Law. Twenty-five percent (25%) of the settlement funds paid to Plaintiff Amanda DiMuro by Defendant ($82,500.00) shall remain held in DeMiles Law's trust account until further Order of the Court; $19,400.76 may be disbursed to pay off the lien on the settlement funds held by Dynamic Legal Funding, LLC pursuant to the Assignment Agreement entered into on December 22, 2020; and the remainder of the settlement funds ($228,099.24) may be disbursed immediately to Plaintiff Amanda DiMuro.

3.     The Court has been apprised that Plaintiff Rebecca Mora settled her claim against Defendant in this case for $330,000.00 and the funds have been deposited in a trust account maintained by her attorney, DeMiles Law. Twenty-five percent (25%) of the settlement funds paid to Plaintiff Rebecca Mora by Defendant ($82,500.00) shall remain held in DeMiles Law's trust account until further Order of the Court; $43,936.56 may be disbursed to pay off the lien on the settlement funds held by Dynamic Legal Funding, LLC pursuant to the Assignment Agreements entered into on June 7, 2021, December 30, 2020, and November 20, 2020; and the remainder of the

settlement funds ($203,563.44) may be disbursed immediately to Plaintiff Rebecca Mora.

**DONE AND ORDERED** in Jacksonville, Florida, this 29th day of June, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

JAX-3 6/29
c:
Counsel of Record