UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| RACHELLE BEAUBRUN, FileKRISTEN GODUTO, KARA GUGGINO, PRLSARA HOEHN, APRIL JOHNSON, TERRY NAGY-PHILIPS,ANN URSINY, KAREN WATSON, CARLEANE BERMAN,MIRANDA FLOWERS,JUDI ALOE, MAGGIE LEON, LAUREN REYNOLDS, AMANDA DIMURO, andREBECCA MORA | Civil Action<br><br>Case No. 5:19-cv-00615-TJC-PRL |

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

_____

## MOTION TO FOR LEAVE TO DISBURSE SETTLEMENT FUNDS TO CLIENT

COMES NOW Plaintiff Maggie Leon, by and through Kellie Peterson, Esq., and Reizenstein and Associates, PA., Philip L. Reizenstein, Esq., and

hereby moves this Court for the entry of an Order allowing Plaintiff Leon's attorney, Kellie Peterson, Esq., to disburse settlement funds held in her trust account to Plaintiff Maggie Leon. In support thereof, the Plaintiff would aver as follows:

**History and Status of the Case:**

1. Plaintiff Maggie Leon was an initial plaintiff in this action who sued the United States Of America for the sexual abuse she suffered by prison guards at the Coleman Federal Correctional Institute. The case was settled without the Government acknowledging negligence or liability.

2. Maggie Leon was initially represented by Christopher Mills, Esq., and Bryan Busch, Esq. ("Mills/Busch"). Shortly after their complaint was filed, Maggie Leon discharged Mills/Busch and hired the undersigned attorneys Peterson and Reizenstein to represent her on a contingency basis for 25% of the recovery.

**The Settlement:**

3. After a number of settlement conferences presided over by the Honorable Judge Marcia Howard, Plaintiff Leon resolved her claims against the Defendant for $650,000.00. Included in the settlement was an agreement that $350,000.00 be paid to the Clerk of the District Court for the Southern District Of Florida for restitution in Leon's criminal case. This has occurred and the remaining

$300,000.00 have been deposited into the trust account of Kellie Peterson, Esq. [1]

**Request to Disburse Funds to Leon:**

4. The legal fees in this matter are capped by statute at 25%. 28 U.S. Code § 2678. Therefore counsel requests permission from this court to disburse $137,500.00 to Maggie Leon and hold the remaining $162,500.00 in trust because there is a dispute between Leon's former counsel ("Mills/Busch") and current counsel and the current counsel have agreed to leave the legal fees in trust until the matter can be resolved. By order of the Court, the legal fee dispute is going to be heard by a mediator. Maggie Leon has no part of this dispute and should be allowed to receive the proceeds of her settlement.

5. Pursuant to the local rules, the motion was provided to counsel for the Government and to Leon's former counsel Christopher Mills, Esq., and Bryan Busch, Esq. They have authorized the undersigned attorneys to represent their position on this motion as follows: Christopher Mills and Bryan Busch, Esq., do not object to the Court granting this motion; Assistant United States Attorney Adam Smart, Esq., also indicated that the Government did not object to the Court granting this motion.

---

[1] By agreement, the money for restitution was sent directly to the Southern District of Florida by the Government and not disbursed by counsel. Counsel Peterson has received the remaining $300,000.00 in her trust account.

**WHEREFORE,** Plaintiff Leon respectfully request the entry of an Order allowing her counsel Kellie Peterson, Esq., to disburse $137,500.00 to Leon as proceeds from her lawsuit. The remaining money will be held in trust pending further order of the court.

Respectfully Submitted,

| By: */s/ Philip L. Reizenstein* <br> Philip L. Reizenstein, Esq. <br> Florida Bar No. 634026 <br> Philreizenstein@protonmail.com <br> 2828 Coral Way <br> Suite 540 <br> Miami, Florida 33145 <br> (305) 444-0755 (Telephone) <br> *Counsel for Plaintiff Maggie Leon* | **KELLIE PETERSON, ESQ., P.A.** <br> By: */s/ Kellie Peterson* <br> Kellie Peterson, Esq. <br> Florida Bar No: 524581 <br> 2828 Coral Way, Suite 540 <br> Miami, FL 33145 <br> T: 305.444.0755 <br> Kellie@kelliepeterson.net <br> *Co-Counsel for Plaintiff Maggie Leon* |