UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| RACHELLE BEAUBRUN,<br>KRISTEN GODUTO,<br>KARA GUGGINO,<br>SARA HOEHN,<br>APRIL JOHNSON,<br>TERRY NAGY-PHILIPS,<br>ANN URSINY,<br>KAREN WATSON,<br>CARLEANE BERMAN,<br>MIRANDA FLOWERS,<br>JUDI ALOE,<br>MAGGIE LEON,<br>LAUREN REYNOLDS,<br>AMANDA DIMURO, and<br>REBECCA MORA<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant.<br>_____/ | Civil Action File<br><br>Case No. 5:19-cv-00615-TJC-PRL |

## **NOTICE OF SETTLEMENT AS TO NOTICES OF CHARGING LIENS**

Attorneys James DeMiles and Max Soren hereby notify the Court that a settlement has been reached as to the Notice of Charging Liens [D.E. # 78, 79, and 80] filed by attorneys Christopher Y. Mills and Bryan E. Busch of the firm Bush, Mills, & Slomka, LLP.

This does not resolve the dispute regarding the Notice of Charging Lien filed as to the fees recoverable from Maggie Leon's attorneys, Kellie Peterson and Philip Reizenstein [D.E. #77].

Respectfully submitted,

**SOREN LAW GROUP, P.A.**
By: */s/ Max G. Soren*
Max G. Soren, Esq.
Florida Bar No.: 623431

    eservice@sorenlawgroup.com
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 431-1333

**DEMILES LAW**
By: */s/ James A. DeMiles*
James A. DeMiles, Esq.
Florida Bar No. 15974
James@DeMilesLaw.com
3440 Hollywood Blvd., Suite 415
Hollywood, Florida 33021-6933
(954) 241-4246 (Telephone)

Counsel for Plaintiffs *Amanda DiMuro, Rebecca Mora, and Lauren Reynolds*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 17, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF electronic filing system, which will automatically send notice of the filing to the following CM/ECF participants:

Maria Chapa Lopez
United States Attorney

Adam R. Smart
Assistant United States Attorney
USA No. 195

Julie R. Posteraro
Assistant United States Attorney
USA No. 157
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
adam.smart@usdoj.gov
Julie.Posteraro@usdoj.gov

*Counsel for Defendant*

Bryan E. Busch, Esq.
Georgia Bar No. 006055
Busch, Slipakoff, Mills & Slomka, LLC
2859 Paces Ferry Road SE, Suite 1700
Atlanta, Georgia 30339

Telephone: (404) 800-4062
E-mail: bb@bsms.law

Christopher Y. Mills, Esq.
Florida Bar No. 72207
Busch, Slipakoff, Mills & Slomka, LLC
319 Clematis Street, Suite 109
West Palm Beach, Florida 33401
Telephone: (561) 408-0019
E-Mail: cm@bsms.law

*Counsel for Plaintiffs Rachelle Beaubrun, Kayla Buchanan, Kristen Goduto, Kara Guggino, Sara Hoehn, April Johnson, Terry Nagy-Philips, Ann Ursiny, Cristian Villata-Garcia, and Karen Watson.*

Philip L. Reizenstein, Esq.
Florida Bar No. 634026
Reizenstein and Associates, P.A.
2828 Coral Way, Suite 540
Miami, Florida 33145
Telephone: (305) 444-0755
Email: Philreizenstein@protonmail.com

Kellie Peterson, Esq.
Florida Bar No.: 524581
Kellie Peterson, Esq., P.A.
2828 Coral Way, Ste 540
Miami, Florida 33145-3228
Telephone: (305) 444-0755
Email: Kellie@kelliepeterson.net

*Counsel for Plaintiff Maggie Leon*

                                             */s/ Max G. Soren*
                                             Max G. Soren, Esq.