**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

RACHELLE BEAUBRUN, et al.,

    Plaintiffs,

v.   Case No. 5:19-cv-615-TJC-PRL

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

The Attorneys' Joint Motion for Leave to Disburse Funds Held in Trust (Doc. 104) is **GRANTED**. James DeMiles, Esquire, may disburse the $315,000.00 held in the DeMiles Law IOTA Trust Account in the manner agreed to by the attorneys ($72,500.00 to Bryan Busch, Esquire and Christopher Mills, Esquire; and $242,500.00 to James DeMiles, Esquire and Max Soren, Esquire). Based on the attorneys' agreement, the Charging Liens (Docs. 78, 79, 80) are discharged.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of September, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

JAX-3 9/1
c:
Counsel of Record