UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RACHELLE BEAUBRUN, *et al.*,

    Plaintiffs,

v.                                              Case No. 5:19-cv-00615-TJC-PRL

UNITED STATES OF AMERICA,

    Defendant.

_____/

## STIPULATION OF DISMISSAL

With all outstanding issues resolved between parties, IT IS HEREBY STIPULATED AND AGREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs, fees, and expenses.

Respectfully submitted,

**BUSCH, MILLS & SLOMKA, LLP**
By: */s/ Bryan E. Busch*
BRYAN E. BUSCH (*Pro Hac Vice*)
Georgia Bar No. 006055
bb@buschmills.com
6400 Powers Ferry Road, NW, Ste 391
Atlanta, Georgia 30339

By: */s/ Christopher Y. Mills*
CHRISTOPHER Y. MILLS
Florida Bar No. 72207
CM@BUSCHMILLS.COM
701 S. Olive Avenue, Ste 105
West Palm Beach, Florida 33401

*Counsel for Plaintiffs Rachelle Beaubrun, Kristen Goduto, Kara Guggino, Sara Hoehn, April Johnson, Terry Nagy-Philips, Ann Ursiny, Karen Watson, Carleane Berman, Miranda Flowers, and Judi Aloe*

**SOREN LAW GROUP, P.A.**
By: */s/ Max G. Soren*
Max G. Soren, Esq.
Florida Bar No.: 623431
eservice@sorenlawgroup.com
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 431-1333

**DEMILES LAW**
By: */s/ James A. DeMiles*
James A. DeMiles, Esq.
Florida Bar No. 15974
James@DeMilesLaw.com
3440 Hollywood Blvd., Ste 415
Hollywood, Florida 33021-6933
(954) 241-4246 (Telephone)

*Counsel for Plaintiffs Amanda DiMuro, Rebecca Mora, and Lauren Reynolds*

**REIZENSTEIN & ASSOCIATES, P.A.**
By: */s/ Philip L. Reizenstein*
Philip L. Reizenstein, Esq.
Florida Bar No. 634026
Philreizenstein@protonmail.com
2828 Coral Way, Ste 540
Miami, Florida 33145
(305) 444-0755 (Telephone)

**KELLIE PETERSON, ESQ., P.A.**
By: */s/ Kellie Peterson*
Kellie Peterson, Esq.
Florida Bar No: 524581
2700 N 29th Avenue, Ste 106
Hollywood, FL, 33020
T: 954-367-6029
Kellie@kelliepeterson.net

*Counsel for Plaintiff Maggie Leon*

ROGER B. HANDBERG
United States Attorney

By: */s/ Julie R. Posteraro*
Julie R. Posteraro, Esq.
Assistant United States Attorney
USA No. 157
400 W. Washington Street, Ste. 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7588
Julie.Posteraro@usdoj.gov
*Counsel for Defendant*

3