# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

RACHELLE BEAUBRUN, et al.,

        Plaintiffs,

v.                                          Case No. 5:19-cv-615-TJC-PRL

UNITED STATES OF AMERICA,

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation of Dismissal (Doc. 114), this case is **DISMISSED with prejudice**. The parties shall bear their own fees and costs. The **Clerk** shall enter judgment dismissing this case with prejudice and terminate any pending motions. The file shall remain closed.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of January, 2022.



*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

caw 1/21
c:
Counsel of Record